**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 99.130.67.36
**Total Works Infringed:** 33  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 937CA6C2D1E53F2F29A32734DDA8F2B3744707DD<br>File Hash:<br>F2C1172DE176DC40EDD4E8D7E500086C00135AA5C92C54973C49E80FAD8A6CE0 | 02/11/2024<br>21:28:06 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 2 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash:<br>1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 02/05/2024<br>01:28:00 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 3 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 02/05/2024<br>01:14:49 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 4 | Info Hash: 6C38232F41EA64DAA5575DD592D16021BEEE98A2<br>File Hash:<br>52B6F5E4395B792AF8568C229C3F22FD6EAE978F7A3F0C55B21C0ED0216A95D3 | 01/22/2024<br>12:30:16 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 5 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash:<br>2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C040087410513F78 | 01/15/2024<br>16:31:57 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 6 | Info Hash: 45821966CB97DBFF22F44634B5C0EF69AB5DFE8A<br>File Hash:<br>4BAB02CFA8BC0065C4EDE5CCC9A5CA34D88C6E69BC8BAE4FFB59AE29E432955B | 12/29/2023<br>13:59:41 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 7 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash:<br>518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 12/22/2023<br>18:25:57 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 8 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash:<br>E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 12/22/2023<br>18:03:30 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 9 | Info Hash: 52A57E9EF032B7C22A0F4BCF81506E3EA6BD1363<br>File Hash:<br>3DC1DEF4C58585068CFA82CB84BEED08D67604D1189730160EF004B8D076BBA5 | 12/22/2023<br>16:39:49 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 10 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash:<br>DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 12/15/2023<br>13:13:55 | Slayed | 09/02/2021 | 09/30/2021 | PA0002319733 |
| 11 | Info Hash: 34CD46C59638849199B5C771B5A6C008EC0A8FF3<br>File Hash:<br>62D93F0E28A3630C43EC9033DF57C59BEFEEE97525575B3CAD33225F9DA8712D | 12/01/2023<br>18:15:05 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 11/22/2023 14:05:58 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 13 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 11/16/2023 21:47:44 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 14 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 11/08/2023 04:17:07 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 15 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 04/14/2023 13:09:54 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 16 | Info Hash: 85D33E37973102266D0B7D4205A49292648C776D<br>File Hash: 086C66E3451799FB3311737E48052E24959A67E22D829F127DA52826BB9E7AE4 | 04/12/2023 21:05:26 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 17 | Info Hash: B912BFA534C4E2DEF27686A8D60D4933E370EC0E<br>File Hash: D25E119E13E8CB653D6E0D2F8C22889A0E9A415203E29D207CE8A396CEAB0958 | 03/27/2023 22:00:52 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 18 | Info Hash: F46DB0DE9C9F81A72AC87B1EDCA6A37B1C05F0B1<br>File Hash: 1229E2C78A5A8DD79F546B00E2509BA389BBD0C55EB209BD803D0E1F2C9FFADA | 03/27/2023 21:51:00 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 19 | Info Hash: E12F1732A7DF55602F4D35C8A10F4751875DCED6<br>File Hash: A9BB917CE441F1DAC9060DF5CF8B5C99B2B3003BD100501FD438636A62C93E4F | 03/17/2023 12:00:38 | Blacked Raw | 03/15/2023 | 04/07/2023 | PA0002405750 |
| 20 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 03/17/2023 11:12:05 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 21 | Info Hash: E18127B829A6EF5D124D3F21F768E7BF4B78E2B2<br>File Hash: DAC8E2A5C776549E8CB59B18FE734F28FF7811F8148C283607BEC0B7B8604363 | 02/27/2023 05:25:54 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 22 | Info Hash: 81962C73668245D74F4D08BC5B7242357C0951A6<br>File Hash: 5D1D446F7FA0D8F334EB22D33BC100580197B327859F14448E0EEA41230C7FBF | 01/24/2023 03:40:04 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 23 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash: F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 01/24/2023 03:39:52 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash: 560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11/04/2022 19:01:25 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 25 | Info Hash: 5031CF1F96C7661508783CCE855955FE11D34630<br>File Hash: FDAB31AA4417986AE9D5DB4BA49E78E34AD6D623A061045592B4DD48D71B6139 | 10/31/2022 11:42:29 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 26 | Info Hash: 4E7F2F93BD5EB1A8C5B4A71DC0B81F6526EBEB00<br>File Hash: B73493E0F474B230E54BB090FD634979C85DF6F5029F0361FEF5108F3D75A8AC | 10/31/2022 04:27:10 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 27 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 10/31/2022 04:20:38 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 28 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 10/26/2022 01:27:48 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 29 | Info Hash: B2F1BFF0ABF8377051DA49DB02B26390000F08B1<br>File Hash: 8502291A2B061F633A1FFD43A8A6F3A6E720F0183D45EAC0E2035698D1848EE3 | 09/13/2022 02:12:18 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 30 | Info Hash: 09E4DD5DED8676D79433C09E76F73797D7C23802<br>File Hash: 27913E8D3B680A47B51E91359D932EFC4985BE2BA58F603609F69E1041FC55AE | 09/13/2022 02:00:09 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 31 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash: B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 09/13/2022 01:22:33 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 32 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 09/13/2022 01:14:03 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 33 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 09/13/2022 01:13:02 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |