# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Strike 3 Holdings, LLC

                    Plaintiff,

v.                                       Case No.: 1:24–cv–01539
                                                     Honorable Jeremy C. Daniel

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for leave to serve a third–party subpoena [6] to identify the subscriber to IP address 99.130.67.36 is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.